Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 620 | **DATE** | 6/22/2001 |
| **CASE TITLE** | National Satellite Sports, Inc. Vs. AGHA, Ltd. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff moves for default judgment. That motion is granted. We award statutory damages of $13,125 and attorneys' fees of $500.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JUN 2 5 2001 date docketed | |
| ✓ | Docketing to mail notices. | | | 17 |
| ✓ | Mail A 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | FILED FOR DOCKETING 01 JUN 22 PM 3:52 | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATIONAL SATELLITE SPORTS, )
INC., a Florida corporation, )
)
  Plaintiff, )
)
  vs. ) No. 01 C 620
)
AGHA, LTD., an Illinois corporation )
d/b/a Agha's Pizza and Restaurant a/k/a )
Cowboys Sports Bar and Mulkano )
Premsalar, individually, and VIJA )
GEETHA MULKANOOR, individually, )
and AGHA ADNANTTAIDER, )
individually, )
)
  Defendants. )

### MEMORANDUM OPINION AND ORDER

Defendants have failed to respond to an action claiming that they wilfully and without authorization displayed a closed-circuit telecast of the Chavez v. Wise prizefight. Plaintiff moves for default judgment. That motion is granted.

Plaintiff also moves for statutory damages and attorneys' fees. The report indicates that approximately 76 patrons were in the establishment. Plaintiff assumes a capacity of 150, the license fee was $17.50 times the capacity, and plaintiff asks for a multiplier of seven, for a total of $18,375. While a multiplier is necessary to serve as a deterrent, we think a factor of five is adequate for that purpose, particularly since the capacity estimate is generous – double the number there, even though the fight was promoted at the establishment as a draw. We award statutory damages of $13,125 and attorneys' fees of $500.

JAMES B. MORAN
Senior Judge, U. S. District Court

June 22, 2001.